womblebonddickinson.com



February 28, 2022

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801-3570

Re:   *Ferring Pharmaceuticals Inc. et al. v. Finch Therapeutics*
      *Group, Inc. et al. C.A. No. 21-cv-1694 (RGA)*

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:   302.252.4320
f:   302.252.4330

Mary W. Bourke
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: Mary.Bourke@wbd-us.com

Dear Judge Andrews:

As required by Paragraph 1 of the Court's February 10, 2022 Order Setting Rule 16(b) Telephone Conference (D.I. 12), Plaintiffs provide the below dial-in information for the teleconference:

Dial-in Nunmber: 1-888-804-1335

Conference Code: 5495096

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*Mary W. Bourke*

Mary W. Bourke (#2356)

cc:     Counsel of Record (via CM/ECF)

WBD (US) 55722340