IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC. and REBIOTIX INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC.<br><br>Defendants. | C.A. No. 21-1694-RGA |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and THE REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Counterclaim Plaintiffs/Reply Defendants,<br><br>v.<br><br>FERRING PHARMACEUTICALS INC., and REBIOTIX, INC.,<br><br>Counterclaim Defendants/Reply Plaintiffs. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to approval of the Court, that the deposition of Jonathan Putnam will take place on November 28, 2023, due to his unavailability before the close of expert discovery.

Dated: October 23, 2023

<table>
<tr><td>

Womble Bond Dickinson (US) LLP

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
Daniel M. Attaway (#5130)
John B. Bourke (#6534)
Zachary Murphy (#6881)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Mary.Bourke@wbd-us.com
Dana.Severance@wbd-us.com
Daniel.Attaway@wbd-us.com
Ben.Bourke@wbd-us.com
Zachary.Murphy@wbd-us.com


*Of Counsel:*

Joshua P. Davis
811 Main Street
Suite 3130
Houston, TX 77002
Telephone: (346) 998-7801
Joshua.P.Davis@wbd-us.com

*Counsel for Ferring Pharmaceuticals Inc. and Rebiotix Inc.*

</td><td>

Richards, Layton & Finger, P.A.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
farnan@rlf.com
pedi@rlf.com

*Of Counsel:*

Kirkland & Ellis LLP

Michael W. De Vries
Ingrid Petersen
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
(213) 680-8400
michael.devries@kirkland.com
ingrid.petersen@kirkland.com

Adam R. Alper
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
adam.alper@kirkland.com

Patricia A. Carson
Ashley Ross
Leslie Schmidt
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
ashley.ross@kirkland.com
leslie.schmidt@kirkland.com

Alina Afinogenova
200 Clarendon Street, 47th Floor
Boston, MA 02116
(617) 385-7500
alina.afinogenova@kirkland.com

</td></tr>
</table>

                                                                              Ashley Cade
                                                                              1301 Pennsylvania Avenue, N.W.
                                                                              Washington, D.C. 20004
                                                                              (202) 389-3381
                                                                              ashley.cade@kirkland.com

                                                                              *Counsel for Finch Therapeutics Group, Inc.,*
                                                                              *Finch Therapeutics, Inc. and Finch*
                                                                              *Therapeutics Holdings, LLC*

SO ORDERED this _____ day of \_\_\_\_\_, 2023.

                                                                              _____
                                                                              The Honorable Richard G. Andrews