

Kelly E. Farnan
302-651-7509
farnan@rlf.com

February 9, 2024

**BY CM/ECF**
The Honorable Jennifer L. Hall
United States District Judge
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Ferring Pharmaceuticals Inc. et al v. Finch Therapeutics Group, Inc. et al*,
              C.A. No. 21-1694-JLH

Dear Judge Hall:

      Finch Therapeutics Group, Inc., Finch Therapeutics, Inc., Finch Therapeutics Holdings, LLC, and Regents of the University of Minnesota ("Finch") and Ferring Pharmaceuticals Inc. and Rebiotix Inc. ("Ferring") respectfully submit this joint letter regarding the trial in this matter currently scheduled to begin May 20, 2024. Finch and Ferring recognize the Court has been reassigned a large case load and appreciate the Court's working to find a trial date close to the date currently on calendar. Both parties are available and would like to accept the Court's offer to begin trial on August 5, 2024.

                                                Respectfully,

                                                */s/ Kelly E. Farnan*

                                                Kelly E. Farnan (#4395)