# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., REBIOTIX INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 21-1694-JLH |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC, | ) ) ) ) |
| Defendants. | ) ) |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and REGENTS OF THE UNIVERSITY OF MINNESOTA, | ) ) ) ) ) ) |
| Counterclaim Plaintiffs/Reply Defendants, | ) ) |
| v. | ) ) |
| FERRING PHARMACEUTICALS INC., and REBIOTIX, INC., | ) ) ) |
| Counterclaim Defendants/Reply Plaintiffs. | ) |

## MOTION FOR EXEMPTION FROM STANDING ORDER

Finch Therapeutics Group, Inc., Finch Therapeutics, Inc., Finch Therapeutics Holdings, LLC and Regents of the University of Minnesota (collectively, "Finch/UMN") respectfully move for an order exempting certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and the United States Courthouse ("May 15, 2023 Standing Order"). In support of this Motion, Finch/UMN state as follows:

RLF1 31217149v.1

1. The Court issued a Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* (the "Standing Order") which, effective May 15, 2023, placed restrictions on the ability to bring personal electronic devices, including laptops and cell phones, into the J. Caleb Boggs Federal Building. Absent exemption, the Standing Order requires that all personal electronic devices be turned off and placed in a locked pouch, not to be used while in the J. Caleb Boggs Federal Building.

2. A pretrial conference is scheduled in the above-captioned action on July 23, 2024, at 10:00 a.m. in Courtroom 6D (the "Pretrial Conference").

3. The following counsel and staff intend to appear at the Pretrial Conference and require access to their electronic devices but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Patricia Carson, Esquire
- Leslie Schmidt, Esquire
- Ashley Ross, Esquire
- Alina Afinogenova, Esquire
- Shaoyao Yu, Esquire
- Alvaro Parrado, Senior Paralegal
- Matt Blischak, In-house counsel

WHEREFORE, Finch/UMN respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

RLF1 31217149v.1

OF COUNSEL:

KIRKLAND & ELLIS LLP

Michael W. De Vries
Ingrid Petersen
Sharre Lotfollahi, P.C.
555 South Flower Street, Suite 3700
Los Angeles, CA 90071

Adam R. Alper
555 California Street, 27th Floor
San Francisco, CA 94104

Patricia A. Carson
Ashley L.B. Ross
Leslie M. Schmidt
N. Kaye Horstman
601 Lexington Avenue
New York, NY 10022

Alina Afinogenova
200 Clarendon Street, 47th floor
Boston, MA 02116

Ashley Cade
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004


Dated: July 15, 2024

/s/ Sara M. Metzler
Jeffrey L. Moyer (#3309)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendants Finch Therapeutics Group, Inc., Finch Therapeutics, Inc., and Finch Therapeutics Holdings, LLC, and Counterclaim Plaintiff the Regents of the University of Minnesota*