womblebonddickinson.com



July 29, 2024

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re:  Ferring Pharm. Inc. et al. v. Finch Therapeutics Group, Inc. et al,
     No. 21-1694-JLH

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

Mary Bourke
Partner
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: Mary.Bourke@wbd-us.com

Dear Judge Hall:

We write in response to Finch's request for a teleconference to resolve issues related to Dr. Borody's deposition and anticipated testimony (D.I. 415.) We will respond separately on those issues, which are raised in D.I. 414. We respectfully join in the request for a teleconference and request that the conference also include discussion of Ms. Graf's deposition, documents, and anticipated testimony.

Respectfully submitted,

Mary W. Bourke (#2356)