womblebonddickinson.com



**August 1, 2024**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t:  302.252.4320
f:  302.252.4330

Re: Ferring Pharm. Inc. et al. v. Finch Therapeutics Group, Inc. et al, No. 21-1694-JLH

Mary Bourke
Partner
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: Mary.Bourke@wbd-us.com

Dear Judge Hall:

We write in response to the Court's August 1, 2024 Oral Order (D.I. 440). After careful consideration and agreement with Finch, Ferring confirms that it will not call Dr. Borody as a witness at trial.

Respectfully submitted,

*/s/ Mary W. Bourke*

Mary W. Bourke (#2356)