

Kelly E. Farnan
302-651-7705
farnan@rlf.com

August 1, 2024

**BY CM/ECF**
The Honorable Jennifer L. Hall
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Ferring Pharmaceuticals Inc. et al v. Finch Therapeutics Group, Inc. et al*,
     C.A. No. 21-1694-JLH

Dear Judge Hall,

  I write to advise the Court that, following the Court's Oral Order (D.I. 448), Ferring is no longer challenging Finch's ownership of Dr. Borody's patents, and has stipulated that Finch owns the Borody patents. The parties have added stipulated facts 8 and 9 in the revised Pre-Trial Order filed tonight. D.I. 452. As a result, there will be no standing or ownership issues for the jury or the Court to decide, nor evidence presented on that issue.

  If Your Honor has any questions, counsel remains available at the Court's convenience.

              Respectfully,

              */s/ Kelly E. Farnan*

              Kelly E. Farnan (#4395)

cc: All Counsel of Record (By E-mail)