

womblebonddickinson.com

Womble Bond Dickinson (US) LLP

1313 North Market Street
Suite 1200
Wilmington, DE 19801

t: 302.252.4320
f: 302.252.4330

Mary Bourke
Partner
Direct Dial: 302-252-4333
Direct Fax: 302-661-7733
E-mail: Mary.Bourke@wbd-us.com

**July 26, 2024**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 14, Room 6312
Wilmington, Delaware 19801-3555

Re:   *Ferring Pharm. Inc. et al. v. Finch Therapeutics Group, Inc. et al*,
      No. 21-1694-JLH

Redacted Version of D.I. 401

Dear Judge Hall:

Pursuant to the Court's order during the July 23, 2024 Pre-Trial Conference, Ferring writes to identify the complete set of documents it intends to rely on during the testimony of Dr. Thomas Borody, should he appear to testify at trial. For purposes of completeness, Ferring has included documents it intends to use only for impeachment in addition to documents it intends to introduce as exhibits. Ferring notes that these documents have been identified based on its current expectations regarding the scope and content of Dr. Borody's testimony; to the extent that intervening events impact the scope of Dr. Borody's testimony, Ferring reserves its right to supplement this list. Ferring has also provided a brief description of the relevance and production information for each document in the table below.

| **Exhibit No.** | **Starting Bates No.** | **Relevance** | **Production Information** |
|---|---|---|---|
| PTX-1313 | BORODY_0027476 | Copying/Independent Development | Produced by Dr. Borody 3/2/2023 |
| PTX-1539 | FINCH_0363588 | Ownership | Produced by Finch 12/22/2023 |
| TX-3054 | FER_RBX01127168 | Invalidity – Obviousness | Produced by Ferring 8/12/2022 |
| TX-3095 | FER_RBX01127159 | Invalidity – Obviousness | Produced by Ferring 8/12/2022 |
| TX-3178 | BORODY_FER00000179 (also produced as BORODY_0005352) | Ownership | Produced by Dr. Ferring 6/5/2024 (also produced by Dr. Borody 2/3/2023) |
| TX-3266 | BORODY_0012851 | Copying/Independent Development | Produced by Dr. Borody 2/17/2023 |
| TX-3273 | BORODY_0012853 | Copying/Independent Development | Produced by Dr. Borody 2/17/2023 |
| TX-3280 | UMN_0271554 | Copying/Independent Development | Produced by Finch 12/22/2022 |
| TX-3312 | UMN_0240296 | Invalidity – Obviousness | Produced by Finch 12/22/2022 |

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

July 26, 2024
Page 2

| | | | |
|---|---|---|---|
| TX-3315 | UMN_0282692 | Invalidity – Obviousness | Produced by Finch 3/15/2023 |
| TX-3353 | BORODY_0000455 | Copying/Independent Development | Produced by Dr. Borody 2/3/2023 |
| TX-3359 | BORODY_0014304 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3435 | BORODY_0015248 | Copying/Independent Development | Produced by Finch 2/27/2023 |
| TX-3453 | BORODY_FER00000184 | Ownership | Produced by Ferring 6/5/2024 |
| TX-3472 | BORODY_0016351 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3488 | BORODY_0016494 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3504 | BORODY_0016580 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3509 | BORODY_0016612 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3541 | FER_RBX02730192 | Copying/Independent Development | Produced by Ferring 2/17/23 |
| TX-3544 | BORODY_0017287 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3549 | BORODY_0017325 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3580 | BORODY_0001821 | Ownership | Produced by Dr. Borody 2/3/2023 |
| TX-3581 | BORODY_FER00000244 | Ownership | Produced by Ferring 6/5/2024 |
| TX-3584 | FINCH_0088622 | Ownership | Produced by Finch 10/11/2022 |
| TX-3589 | BORODY_0001939 | Ownership | Produced by Dr. Borody 2/3/2023 |
| TX-3592 | BORODY_0002096 | Ownership | Produced by Dr. Borody 2/3/2023 |
| TX-3642 | BORODY_0018686 | Copying/Independent Development | Produced by Dr. Borody 2/27/2023 |
| TX-3725 | FINCH_0000226 | Ownership | Produced by Finch 10/27/2022 |
| TX-3826 | FINCH_0368483 | Copying/Independent Development | Produced by Finch 12/22/2022 |
| TX-3889 | FINCH_0000285 | Ownership | Produced by Finch 6/18/2022 |
| TX-3893 | FINCH_0304001 | Ownership | Produced by Finch 9/23/2022 |
| TX-3939 | BORODY_0031186 | Ownership | Produced by Dr. Borody 3/2/2023 |
| TX-4123 | FINCH_UMN_0016220 | Asserted patent | Produced by Finch 9/14/2022 |

July 26, 2024
Page 3

| TX-4152 | FINCH_UMN_0016755 | Asserted patent | Produced by Finch 2/24/2023 |
|---|---|---|---|
| TX-4168 | BORODY_0001019 | Invalidity – Obviousness | Produced by Dr. Borody 2/3/2023 |
| TX-4239 | FINCH_0469365 | Ownership | Produced by Finch 6/6/2023 |
| TX-4247 | FINCH_0469364 | Ownership | Produced by Finch 6/6/2023 |
| TX-4250 | FINCH_0469388 | Ownership | Produced by Finch 6/28/2023 |
| TX-4251 | FINCH_0469392 | Ownership | Produced by Finch 6/19/2023 |
| TX-4353 | FINCH_0457262 | Invalidity – Obviousness | Produced by Finch 2/13/2023 |

Respectfully submitted,

*/s/ Mary W. Bourke*

Mary W. Bourke (#2356)

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing was served on July 26, 2024 upon the following attorneys of record via electronic mail:

Kelly E. Farnan
Jeffrey L. Moyer
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
farnan@rlf.com
moyer@rlf.com

KIRKLAND & ELLIS LLP

Michael W. De Vries
Ingrid Petersen
Sam Blake
Kendra Delaney
Grant Rigdon
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
(213) 680-8400
michael.devries@kirkland.com
ingrid.petersen@kirkland.com
sam.blake@kirkland.com
kendra.delaney@kirkland.com
grant.rigdon@kirkland.com

Adam R. Alper
555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
adam.alper@kirkland.com

        Patricia A. Carson
Ashley Ross
Leslie Schmidt
Nancy Kaye Horstman
Shaoyao Yu
Jiange Xiao
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
ashley.ross@kirkland.com
leslie.schmidt@kirkland.om
kaye.horstman@kirkland.com
shaoyao.yu@kirkland.com
jiange.xiao@kirkland.com

Alina Afinogenova
200 Clarendon Street, 47th Floor
Boston, MA 02116
(617) 385-7500
alina.afinogenova@kirkland.com

Ashley Cade
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-3381
ashley.cade@kirkland.com

| | |
|---|---|
| Dated: July 26, 2024 | */s/ Mary W. Bourke*<br>Mary W. Bourke (#2356)<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Mary.Bourke@wbd-us.com<br><br>*Attorneys for Ferring Pharmaceuticals Inc. and Rebiotix Inc.* |

2