# EXHIBIT A



CONFIDENTIAL INFORMATION

BORODY_FER00000184

**TX-3453, Page 1 of 2**



CONFIDENTIAL INFORMATION