# EXHIBIT B



TX-3581, Page 1 of 1