# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., REBIOTIX INC., <br><br> Plaintiffs, <br><br> v. <br><br> FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1694-JLH <br><br> **JURY TRIAL DEMANDED** |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and REGENTS OF THE UNIVERSITY OF MINNESOTA, <br><br> Counterclaim Plaintiffs/Reply Defendants, <br><br> v. <br><br> FERRING PHARMACEUTICALS INC., and REBIOTIX, INC., <br><br> Counterclaim Defendants/Reply Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXEMPTION FROM STANDING ORDER

The Court having considered Finch/UMN's Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices ("Motion"),

IT IS ORDERED this   6th   day of   August  , 2024 that:

1. The Motion is GRANTED.

2. For purposes of the Trial in the above-captioned action, the following individual is exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Matt McClendon, Jury Consultant

3. The individuals listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
The Honorable Jennifer L. Hall
United States District Judge

RLF1 31295230v.1