## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "UMN/Finch" refer to the parties that are asserting infringement.

- "Ferring" refers to both Ferring and Rebiotix, the parties that are accused of infringement.

- The "'309 Patent" refers to U.S. Patent No. 10,675,309.

- The "'080 Patent" refers to U.S. Patent No. 11,541,080.

- The "'914 Patent" refers to U.S. Patent No. 10,251,914.

- The "Asserted Claims" refers collectively to:
  - Claims 16 and 21 of the '309 Patent;
  - Claims 2 and 9 of the '080 Patent;
  - Claim 7 of the '914 Patent;

## I. FINDINGS OF INFRINGEMENT

**Question 1.** Do you find that UMN/Finch has proven by a preponderance of the evidence that Ferring literally infringed the following claims of the following patents?

**Check "Yes" (for UMN/Finch) or "No" (for Ferring) for each claim.**

| | |
|---|---|
| '914 Patent: Claim 7 | ✓ Yes  ____ No |
| '309 Patent: Claim 16 | ✓ Yes  ____ No |
| '309 Patent: Claim 21 | ✓ Yes  ____ No |
| '080 Patent: Claim 2 | ✓ Yes  ____ No |
| '080 Patent: Claim 9 | ✓ Yes  ____ No |

**Answer Question 2 <u>only</u> if you answered "No" for claim 7 of the '914 Patent for Question 1. Otherwise, skip to Question 3.**

**Question 2.** Do you find that UMN/Finch has proven by a preponderance of the evidence that Ferring infringed claim 7 of the '914 Patent under the doctrine of equivalents?

**Check "Yes" (for UMN/Finch) or "No" (for Ferring).**

| | |
|---|---|
| '914 Patent: Claim 7 | ____ Yes  ____ No |

2

## II. WILLFUL INFRINGEMENT

**Answer Question 3 <u>only</u> if you have found at least one Asserted Claim infringed by Ferring.**

**Question 3.** Do you find that UMN/Finch has proven by a preponderance of the evidence that any infringement by Ferring of the following patents was willful?

**Check "Yes" (for UMN/Finch) or "No" (for Ferring) for each patent.**

| Patent | | |
|---|---|---|
| '914 Patent | ✓ Yes | ___ No |
| '309 Patent | ✓ Yes | ___ No |
| '080 Patent | ✓ Yes | ___ No |

3

## III. FINDINGS ON VALIDITY

**Question 4.** Do you find that Ferring has proven by clear and convincing evidence that the following claims of the following patents are invalid as obvious?

**Check "Yes" (for Ferring) or "No" (for UMN/Finch) for each claim.**

| Claim | Yes | No |
|---|---|---|
| '309 Patent: Claim 16 |  | ✓ |
| '309 Patent: Claim 21 | ✓ |  |
| '080 Patent: Claim 2 |  | ✓ |
| '080 Patent: Claim 9 | ✓ |  |

**Question 5.** Do you find that Ferring has proven by clear and convincing evidence that the following claims of the following patents are invalid for lack of written description?

**Check "Yes" (for Ferring) or "No" (for UMN/Finch) for each claim.**

| Claim | Yes | No |
|---|---|---|
| '914 Patent: Claim 7 |  | ✓ |
| '080 Patent: Claim 2 |  | ✓ |
| '080 Patent: Claim 9 |  | ✓ |

4

## IV.  DAMAGES

**Answer the following questions only if you have found at least one Asserted Claim infringed AND not invalid.**

**Question 6.**  What dollar amount do you determine to be a reasonable royalty to compensate UMN and Finch for Ferring's infringement through the date of trial?

Running Royalty, if any: $ ~~5.5~~ 0% $815,061

Upfront Payment, if any: $  25 MILLION

5

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: August 9, 2024                By: ███████████████
                                         Foreperson