# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., REBIOTIX INC.<br><br>Plaintiffs,<br><br>v.<br><br>FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC.<br><br>Defendants.<br><br>FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and REGENTS OF THE UNIVERSITY OF MINNESOTA<br><br>Counterclaim-Plaintiffs/Reply Defendants,<br><br>v.<br><br>FERRING PHARMACEUTICALS INC., and REBIOTIX, INC.<br><br>Counterclaim-Defendants/Reply Plaintiffs. | C.A. No. 21-1694-JLH |

## FERRING/REBIOTIX'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

As allowed under Federal Rule of Civil Procedure 50(b), Ferring Pharmaceuticals Inc. and Rebiotix (collectively, "Ferring") respectfully renew their motion for judgment as a matter of law ("JMOL") made during trial under Federal Rule of Civil Procedure 50(a) on the following issues:

1. No reasonable jury would have had a legally sufficient evidentiary basis to find that Finch Therapeutics Group, Inc., Finch Therapeutics, Inc., Finch Therapeutics Holdings, LLC (collectively, "Finch") and the Regents of the University of Minnesota ("UMN" and collectively with Finch, "Finch/UMN") proved by a preponderance of the evidence that Ferring infringes asserted claim 7 of United States Patent Number 10,251,914 ("the '914 patent");

2. No reasonable jury would have had a legally sufficient evidentiary basis to find that Finch/UMN proved by a preponderance of the evidence that Ferring infringes claims 16 and 21 of United States Patent Number 10,675,309 ("the '309 patent");

3. No reasonable jury would have had a legally sufficient evidentiary basis to find that Finch/UMN proved by a preponderance of the evidence that any infringement by Ferring of the '914 patent, the '309 patent, and United States Patent Number 11,541,080 ("the '080 patent") was and is willful;

4. No reasonable jury would have had a legally sufficient evidentiary basis to find that Ferring had not proven by clear and convincing evidence that claim 16 of the '309 patent and claim 2 of the '080 patent are invalid as obvious;

5. No reasonable jury would have had a legally sufficient evidentiary basis to find that Ferring had not proven by clear and convincing evidence that claim 7 of the '914 patent is invalid for lacking written description support; and

6. No reasonable jury would have had a legally sufficient evidentiary basis to find that Finch/UMN presented sufficient evidence to support the damages awarded by the jury specifically with respect to the $25,000,000 upfront payment.

In the alternative, Ferring requests remittitur of the damages award under Federal Rule of Civil Procedure 59.

Ferring will submit its brief in support of this motion on September 26, 2024, consistent with the Court's August 27, 2024 oral order setting the post-trial briefing schedule for this case.

Counsel for Ferring met and conferred with counsel for Finch/UMN but have been unable to reach agreement regarding this motion.

Dated: September 12, 2024

*Of Counsel:*

Joshua P. Davis
WOMBLE BOND DICKINSON (US) LLP
811 Main Street
Suite 3130
Houston, TX 77002
Telephone: (346) 998-7801
Joshua.P.Davis@wbd-us.com

Daralyn J. Durie
Matthew Chivvis
Rachel Dolphin
Ramsey Fisher
Clinton W. Ewell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-6055
ddurie@mofo.com
mchivvis@mofo.com
rdolphin@mofo.com
rfisher@mofo.com
cewell@mofo.com

Whitney O'Byrne
Sara Doudar
MORRISON & FOERSTER LLP
701 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: 213-892-4345
wobyrne@mofo.com
sdoudar@mofo.com

Sarah E. Brickey
MORRISON & FOERSTER LLP

WOMBLE BOND DICKINSON (US) LLP

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
Daniel M. Attaway (#5130)
Zachary Murphy (#6881)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Mary.Bourke@wbd-us.com
Dana.Severance@wbd-us.com
Daniel.Attaway@wbd-us.com
Zachary.Murphy@wbd-us.com

John B. Bourke (#6534)
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 765-6267
Ben.Bourke@wbd-us.com

*Attorneys for Ferring Pharmaceuticals Inc. and Rebiotix Inc.*

4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
Telephone: (303) 592-2267
sbrickey@mofo.com