# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., REBIOTIX INC., | ) ) ) |
| Plaintiffs, | ) C.A. No. 21-1694-JLH ) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC, | ) ) ) ) |
| Defendants. | ) |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and REGENTS OF THE UNIVERSITY OF MINNESOTA, | ) ) ) ) ) ) |
| Counterclaim Plaintiffs/Reply Defendants, | ) ) |
| v. | ) ) |
| FERRING PHARMACEUTICALS INC., and REBIOTIX, INC., | ) ) ) |
| Counterclaim Defendants/Reply Plaintiffs. | ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Finch Therapeutics Group, Inc., Finch Therapeutics Inc., Finch Therapeutics Holdings, LLC, and the Regents of the University of Minnesota respectfully request oral argument on their Post-Trial Motion for Enhanced Damages, Ongoing Royalty, and Pre- and Post-Judgment Interest (the "Motion," D.I. 496). The briefing on the Motion (D.I. 501, 503, 504, 511, 512, 513, 526, 527, 528) was completed on November 26, 2024.

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Jeffrey L. Moyer (#3309) |
| KIRKLAND & ELLIS LLP | Kelly E. Farnan (#4395) |
| | Sara M. Metzler (#6509) |
| Michael W. De Vries | Richards, Layton & Finger, P.A. |
| Ingrid Petersen | One Rodney Square |
| 555 South Flower Street, Suite 3700 | 920 North King Street |
| Los Angeles, CA 90071 | Wilmington, DE 19801 |
| | (302) 651-7700 |
| Adam R. Alper | moyer@rlf.com |
| 555 California Street, 27th Floor | farnan@rlf.com |
| San Francisco, CA 94104 | metzler@rlf.com |
| Patricia A. Carson | |
| Leslie M. Schmidt | *Attorneys for Defendants Finch Therapeutics* |
| Ashley L.B. Ross | *Group, Inc., Finch Therapeutics, Inc., and* |
| N. Kaye Horstman | *Finch Therapeutics Holdings, LLC, and* |
| 601 Lexington Avenue | *Counterclaim Plaintiff the Regents of the* |
| New York, NY 10022 | *University of Minnesota* |

Alina Afinogenova
200 Clarendon Street, 47th floor
Boston, MA 02116

Ashley Cade
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004

Sharre Lotfollahi, P.C.
Kirkland & Ellis LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067

Dated: December 3, 2024