**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| FERRING PHARMACEUTICALS INC. and REBIOTIX INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC. | ) ) ) ) | C.A. No. 21-1694-JLH |
| Defendants. | ) ) ) ) | |
| FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and THE REGENTS OF THE UNIVERSITY OF MINNESOTA, | ) ) ) ) ) ) | |
| Counterclaim-Plaintiffs/Reply Defendants, | ) ) | |
| v. | ) ) | |
| FERRING PHARMACEUTICALS INC., and REBIOTIX, INC. | ) ) ) ) | |
| Counterclaim-Defendants/Reply Plaintiffs. | ) | |

## NOTICE OF SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on March 22, 2026 (the "Petition Date"), Finch Therapeutics Group, Inc., Finch Therapeutics, Inc., Finch Therapeutics Holdings LLC, and Finch Research and Development LLC (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' bankruptcy cases and case numbers are as follows:

| DEBTOR | CASE NO. |
|---|---|
| Finch Therapeutics Group, Inc. | 26-10409 |
| Finch Therapeutics, Inc. | 26-10410 |
| Finch Therapeutics Holdings LLC | 26-10411 |
| Finch Research and Development LLC | 26-10412 |

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of the voluntary petitions operates as a stay of, among other things, (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Debtors' cases, or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

Nothing herein shall prejudice or impair any of the Debtors' rights in connection with any claims, counterclaims, or other rights or relief asserted or sought by any of the Debtors against the Counterclaim-Defendants/Reply Plaintiffs in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by (i) reviewing the dockets of the Debtors' bankruptcy cases at http://www.deb.uscourts.gov (PACER login and password required), or (ii) visiting https://omniagentsolutions.com/FinchTherapeutics.

/s/ Kelly E. Farnan
Jeffrey L. Moyer (#3309)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendants Finch Therapeutics Group, Inc., Finch Therapeutics, Inc., and Finch Therapeutics Holdings, LLC, and Counterclaim Plaintiff the Regents of the University of Minnesota*

Dated: April 6, 2026