## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FERRING PHARMACEUTICALS INC.          )
and REBIOTIX INC.,                    )
                                      )
    Plaintiffs/Counterclaim-Defendants,   )
                                      )
v.                                    )
                                      )
FINCH THERAPEUTICS GROUP, INC.,       )
FINCH THERAPEUTICS, INC. and FINCH    )
THERAPEUTICS HOLDINGS, LLC.,          )
                                      )
    Defendants/Counterclaim-Plaintiffs.   )
                                      )  C.A. No. 21-1694-JLH
FINCH THERAPEUTICS GROUP, INC.,       )
FINCH THERAPEUTICS, INC., FINCH       )
THERAPEUTICS HOLDINGS, LLC, and       )
THE REGENTS OF THE UNIVERSITY         )
OF MINNESOTA,                         )
                                      )
    Defendants/Counterclaim-Plaintiffs,   )
                                      )
v.                                    )
                                      )
FERRING PHARMACEUTICALS INC.          )
and REBIOTIX INC.,                    )
                                      )
    Plaintiffs/Counterclaim-Defendants.   )

## ORDER

At Wilmington, this 10th day of June 2026, for the reasons explained in the Memorandum Opinion entered today,

IT IS HEREBY ORDERED that Ferring/Rebiotix's Renewed Motion for Judgment as a Matter of Law (D.I. 497) is DENIED.

IT IS FURTHER ORDERED that UMN and Finch's Post-Trial Motion for Enhanced Damages, Ongoing Royalty, and Pre- and Post-Judgment Interest Pursuant to Order on D.I. 490 (D.I. 496) is GRANTED-IN-PART and DENIED-IN-PART:

1. The request for enhanced damages under 35 U.S.C. § 284 is DENIED.

2. The request for pre- and post-judgment interest and "supplemental" damages is GRANTED.

3. The request for ongoing royalties is GRANTED.  The Court determines that the appropriate royalty rate is 5.5%.

IT IS FURTHER ORDERED that, within fourteen days of this Order, the parties shall meet and confer and submit to the Court (1) a joint proposed form of Final Judgment consistent with this Order and the Court's corresponding Memorandum Opinion, which may address the payment of ongoing royalties, and (2) a joint status report setting forth the parties position(s) on all remaining disputes (if any) that need to be decided before the Court enters the Final Judgment and closes the case.

_____
The Honorable Jennifer L. Hall
United States District Judge

2