# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FERRING PHARMACEUTICALS INC., REBIOTIX INC. <br><br> Plaintiffs, <br><br> v. <br><br> FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC. <br><br> Defendants. <br><br>―――――――――――――――――― <br><br> FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and REGENTS OF THE UNIVERSITY OF MINNESOTA <br><br> Counterclaim-Plaintiffs/Reply Defendants, <br><br> v. <br><br> FERRING PHARMACEUTICALS INC., and REBIOTIX, INC. <br><br> Counterclaim-Defendants/Reply Plaintiffs. | C.A. No. 21-1694-JLH |

## JOINT STATUS REPORT

As required by the Court's June 10, 2026 Order (D.I. 551), Ferring Pharmaceuticals Inc. and Rebiotix Inc. (collectively, "Ferring"), and Finch Therapeutics Group, Inc., Finch Therapeutics, Inc., and Finch Therapeutics Holdings, LLC (collectively, "Finch") and the Regents of the University of Minnesota ("UMN") (collectively, "Finch/UMN" and collectively with

Ferring, the "Parties") have met and conferred regarding the form of the Final Judgment and have agreed to the form of the Final Judgment, which is submitted concurrently with this Joint Status Report.

As further required by the Court's June 10, 2026 Order, the Parties have met and conferred and agree that there are no outstanding issues that the Court needs to address prior to entering the Final Judgment and closing the case.

Dated: June 24, 2026                                      Respectfully submitted,


/s/ Mary W. Bourke                                       /s/ Kelly E. Farnan
Mary W. Bourke (#2356)                                   Jeffrey L. Moyer (#3309)
Dana K. Severance (#4869)                                Kelly E. Farnan (#4395)
Daniel M. Attaway (#5130)                                Sarah M. Metzler (#6509)
Alexander P. Wharton (#7304)                             RICHARDS, LAYTON & FINGER, P.A.
WOMBLE BOND DICKINSON (US) LLP                           One Rodney Square
1313 North Market Street, Suite 1200                     920 North King Street
Wilmington, DE 19801                                     Wilmington, DE 19801
Telephone: (302) 252-4320                                Telephone: (302) 651-7700
Mary.Bourke@wbd-us.com                                   farnan@rlf.com
Dana.Severance@wbd-us.com                                moyer@rlf.com
Daniel.Attaway@wbd-us.com                                metzler@rlf.com
Alexander.Wharton@wbd-us.com

                                                         Of Counsel:
John B. Bourke (#6534)
WOMBLE BOND DICKINSON (US) LLP                            KIRKLAND & ELLIS LLP
50 California Street, Suite 2750
San Francisco, CA 94111                                  Michael W. De Vries
Telephone: (415) 765-6267                                Ingrid Petersen
Ben.Bourke@wbd-us.com                                    Sam Blake
                                                         Kendra Delaney
Of Counsel:                                              555 South Flower Street, Suite 3700
                                                         Los Angeles, CA 90071
Joshua P. Davis                                          (213) 680-8400
WOMBLE BOND DICKINSON (US) LLP                            michael.devries@kirkland.com
811 Main Street                                          ingrid.petersen@kirkland.com
Suite 3130                                               sam.blake@kirkland.com
Houston, TX 77002                                        kendra.delaney@kirkland.com
Telephone: (346) 998-7801
                                                         Adam R. Alper

2

Joshua.P.Davis@wbd-us.com

Daralyn J. Durie
Matthew Chivvis
Rachel Dolphin
Ramsey Fisher
Clinton W. Ewell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-6055
ddurie@mofo.com
mchivvis@mofo.com
rdolphin@mofo.com
rfisher@mofo.com
cewell@mofo.com

Whitney O'Byrne
Sara Doudar
MORRISON & FOERSTER LLP
701 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: 213-892-4345
wobyrne@mofo.com
sdoudar@mofo.com

*Attorneys for Ferring Pharmaceuticals Inc.
and Rebiotix Inc.*

555 California Street, 27th Floor
San Francisco, CA 94104
(415) 439-1400
adam.alper@kirkland.com

Patricia A. Carson
Ashley Ross
Leslie Schmidt
Nancy Kaye Horstman
Shaoyao Yu
Jiange Xiao
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
patricia.carson@kirkland.com
ashley.ross@kirkland.com
leslie.schmidt@kirkland.om
kaye.horstman@kirkland.com
shaoyao.yu@kirkland.com
jiange.xiao@kirkland.com

Ashley Cade
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-3381
ashley.cade@kirkland.com

*Attorneys for Finch Therapeutics Group,
Inc., Finch Therapeutics, Inc., Finch
Therapeutics Holdings, LLC, and Regents of
the University of Minnesota*

3