## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FERRING PHARMACEUTICALS INC., REBIOTIX INC.<br><br>Plaintiffs,<br><br>    v.<br><br>FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., and FINCH THERAPEUTICS HOLDINGS, LLC.<br><br>Defendants.<br><br>FINCH THERAPEUTICS GROUP, INC., FINCH THERAPEUTICS, INC., FINCH THERAPEUTICS HOLDINGS, LLC, and REGENTS OF THE UNIVERSITY OF MINNESOTA<br><br>Counterclaim-Plaintiffs/Reply Defendants,<br><br>    v.<br><br>FERRING PHARMACEUTICALS INC., and REBIOTIX, INC.<br><br>Counterclaim-Defendants/Reply Plaintiffs. | C.A. No. 21-1694-JLH |

## PLAINTIFFS' NOTICE OF APPEAL

Ferring Pharmaceuticals Inc. and Rebiotix Inc. hereby appeal in the above-entitled action to the United States Court of Appeals for the Federal Circuit from the District Court's July 2, 2026 Final Judgment (D.I. 554), the District Court's June 10, 2026 Memorandum Opinion and Order (D.I. 550 and 551), the District Court's August 15, 2024 Judgment Following Jury Verdict (D.I.

488), and from any and all other decisions, rulings, orders, findings, and/or conclusions that were adverse to Ferring Pharmaceuticals Inc. and Rebiotix Inc.

Dated: July 13, 2026

Respectfully submitted,

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
Daniel M. Attaway (#5130)
Alexander P. Wharton (#7304)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Mary.Bourke@wbd-us.com
Dana.Severance@wbd-us.com
Daniel.Attaway@wbd-us.com
Alexander.Wharton@wbd-us.com

*Of Counsel:*

Joshua P. Davis
WOMBLE BOND DICKINSON (US) LLP
811 Main Street
Suite 3130
Houston, TX 77002
Telephone: (346) 998-7801
Joshua.P.Davis@wbd-us.com

Daralyn J. Durie
Matthew Chivvis
Ramsey Fisher
Clinton W. Ewell
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-6055
ddurie@mofo.com
mchivvis@mofo.com
rfisher@mofo.com
cewell@mofo.com

Whitney O'Byrne
Sara Doudar
MORRISON & FOERSTER LLP
701 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: 213-892-4345
wobyrne@mofo.com
sdoudar@mofo.com

John B. Bourke (#6534)
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 765-6267
Ben.Bourke@wbd-us.com

*Attorneys for Ferring Pharmaceuticals Inc. and Rebiotix Inc.*

2